# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. BERARDUCCI,<br><br>Defendant. | No. 2:17-CR-00128-RMP-1<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 216)** |

Before this Court is Defendant's Motion for Modification of Pretrial Release Conditions (Unopposed). ECF No. 216. Specifically, Defendant asks the Court to modify Special Condition of Release No. 28, which requires Defendant to participate in an electronic monitoring program which includes the wearing of a GPS ankle monitor.

Defendant, through counsel, recites that since his initial appearance before this Court, he has obtained employment in concrete construction and that the anklet interferes with his ability to wear appropriate footwear (steel-toed boots) at his job. ECF No. 216 at 2-3. Defendant further reports that he has been compliant with the terms of his supervised release, with no violations or missed appointments. ECF No. 216 at 2.

ORDER - 1

Defendant, through counsel, has contacted both the United States and U.S. Probation regarding this request and reports that neither opposes the proposed modification.

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 216**, is **GRANTED**.

Special Condition of Pretrial Release No. 28 is stricken. All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED November 1, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2